UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAYPAL, INC.<br><br>                      Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC.,<br><br>                      Defendant. | No. 1:17-cv-03816-RJS<br><br>**ECF CASE**<br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF MICHAEL A. FELDMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael A. Feldman, declare as follows:

1. I am an attorney at law licensed to practice in the states of New York and California. I submit this Affidavit in support of the motion to admit me *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendant Pandora Media, Inc. in the above-captioned action.

2. I am a member in good standing of the bars of New York and California. True and correct copies of certificates of good standing issued by the Appellate Division of the Supreme Court of the State of New York, First Judicial Department and the Supreme Court of California within the past 30 days, are attached hereto.

3. Pursuant to Local Rule 1.3(c), I state:

    a. I have never been convicted of a felony,

    b. I have never been censured, suspended, disbarred, or denied admission or readmission by any court, and,

    c. There are no disciplinary proceedings presently against me.

    d. I have read and am familiar with the provisions of the Judicial Code (Title 28, U.S.C.), the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the

Federal Rules of Evidence, the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and the New York State Rules of Professional Conduct.

    4.    I will faithfully adhere to all rules applicable to conduct in connection with any activities in this Court.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 27, 2017                                         */s/ Michael A. Feldman*
                                                                         MICHAEL A. FELDMAN

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on June 27, 2017 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael A. Feldman*
MICHAEL A. FELDMAN
