Sullivan, R.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

PAYPAL, INC.,

             Plaintiff,

    v.

PANDORA MEDIA, INC.,

             Defendant.

———————————————————————————X

No. 17-cv- 03816-RJS

**STIPULATION OF DISMISSAL**

        THIS MATTER having been settled pursuant to a written Settlement Agreement between

plaintiff PayPal, Inc. and defendant Pandora Media, Inc., and the parties having herein consented

to a dismissal of all of their claims and the within action, pursuant to Federal Rule of Civil

Procedure 41(a)(2).

        It is hereby stipulated and agreed that the within action and claims of the parties are

dismissed and each party shall bear its own costs and attorneys' fees.

Dated: November 16, 2017

*For Plaintiff PayPal, Inc.*

/s/ _____
Jeremy Feigelson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6320
jfeigelson@debevoise.com

*For Defendant Pandora Media, Inc.*

/s/ _____
Joseph Gratz
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, California 94111
(415) 362-6666
jgratz@durietangri.com

SO ORDERED:

_____
Hon. Richard J. Sullivan, U.S.D.J.
Dated: 11/17/17

1003497459v11